# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW LITTY, et al.** | : | **CASE NO. 1:13-cv-896** |
| Plaintiffs, | : | **JUDGE MICHAEL R. BARRETT** |
| v. | : | |
| **CARLISLE LOCAL SCHOOL DISTRICT, et al.** | : | |
| Defendants. | : | |

## ORDER

On October 30, 2014, Plaintiffs filed a Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 11). Rule 41(a)(1)(A)(ii) provides that a plaintiff may voluntary dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Plaintiffs' Notice of Voluntary Dismissal was signed by only Plaintiffs' counsel. No signature from Defendants' counsel is provided. As such, the Court construes the notice as a motion for voluntary dismissal by court order under Rule 41(a)(2), which permits dismissal on terms that the court considers proper. Having reviewed the motion for voluntary dismissal, the Court finds the terms to be proper. Accordingly, all claims against the Carlisle Local School District Board of Education, Matthew Bishop, Heather Allison, and Shirley Wilson shall be dismissed with prejudice consistent with the terms set forth in Document 11, and this matter shall be closed.

**IT IS SO ORDERED**.

s/ Michael R. Barrett
JUDGE MICHAEL R. BARRETT
UNITED STATES DISTRICT COURT